**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-2021**

———————————

In re: DAVID PEREZ GARCIA,

       Petitioner.

———————————

On Petition for Writ of Mandamus to the United States District Court for the Western District of North Carolina, at Charlotte.  (3:01-cr-00036-FDW-1)

———————————

Submitted:  December 5, 2024                               Decided:  December 9, 2024

———————————

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

David Perez Garcia, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Perez Garcia petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 18 U.S.C. § 3582(c)(1)(A) motion for a sentence reduction or compassionate release.  Garcia seeks an order from this court directing the district court to act on this motion.  Review of the district court's docket confirms that there has been no undue delay by the district court.  Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*